IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  SUBPOENA SERVED ON PAUL FINANCIAL LLC. _____/ | No. C 14-80149 WHA |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, et al.,<br><br>     Defendants. _____/ | **ORDER TO SHOW CAUSE** |

In this miscellaneous action, on May 23, defendants filed a motion to compel the production of documents for an action pending in the District of Connecticut. *Federal Housing Finance Agency v. Royal Bank of Scotland Group PLC, et al.*, No. 3:11-cv-01383-AWT (D. Conn. Sept. 2, 2011) (Judge Alvin Thompson). The motion seeks to compel non-party Paul Financial, LLC to produce documents responsive to a subpoena. According to the certificate of service, the motion papers were served on Paul Financial, LLC, c/o an attorney from Weintraub Tobin Chediak Coleman Grodin Law Corporation in San Francisco, on May 23 (Dkt. Nos. 1, 5).

The response to the motion was due June 6.  *See* Civil Local Rule 7-3(a).  No response was timely filed.  The motion to compel is noticed for a hearing on July 10 at 8:00 a.m. (Dkt. No. 6).

By **NOON ON JUNE 19**, Paul Financial LLC shall show cause why no opposition or statement of non-opposition was timely filed.  Paul Financial LLC should also append a response to the motion to compel.

Defendants shall promptly serve a copy of this order to show cause on Paul Financial.

**IT IS SO ORDERED.**

Dated:   June 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2