**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:   SUBPOENA SERVED ON
PAUL FINANCIAL LLC.

No. C 14-80149 WHA

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

    Plaintiff,

  v.

THE ROYAL BANK OF SCOTLAND GROUP
PLC, et al.,

    Defendants.

**ORDER RE MEET
AND CONFER RE
MOTION TO COMPEL**

In this miscellaneous action, on May 23, defendants filed a motion to compel third-party Paul Financial, LLC, to produce documents responsive to a subpoena for an action pending in the District of Connecticut. *Federal Housing Finance Agency v. Royal Bank of Scotland Group PLC, et al.*, No. 3:11-cv-01383-AWT (D. Conn. Sept. 2, 2011) (Judge Alvin Thompson). The motion is noticed for a hearing on July 10. Fact discovery closes on July 25, 2014.

On June 18, counsel for Paul Financial, Weintraub Tobin Chediak Coleman Grodin Law Corporation, filed a statement of non-opposition (Dkt. Nos. 9, 10). Counsel represented:

> It is expected that full compliance with the subject subpoena will be accomplished by the 27th of June, mooting the issues raised in the Motion to Compel.

By **NOON ON JULY 3, 2014**, lead counsel for Paul Financial and lead counsel for defendants shall file a statement certifying that they have met and conferred in person in this district in a good faith effort to resolve all outstanding discovery issues. The statement shall state where and for how long counsel met and conferred. If counsel have resolved their discovery dispute, the joint statement shall include a joint stipulation and proposed order resolving the pending motion to compel.

**IT IS SO ORDERED.**

Dated: June 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2